IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3023 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK INEZ RAMOS, | ) | |
| | ) | |
| Defendant. | ) | MEMORANDUM AND ORDER |
| | ) | |

A hearing was held before me April 10, 2008 on allegations made in the petition for action on conditions of pretrial release. The defendant was present with counsel, and was advised of his rights. When asked to admit or deny the allegations of the petition, the defendant stood mute. Therefore, evidence was adduced, consisting of the pretrial services reports in the matter. From the evidence, I find that the allegations of the petition are true.

Regarding disposition, the government sought detention. The defendant submitted the matter. Upon consideration of the evidence, I conclude that detention is appropriate, as defendant's release poses a substantial risk to the safety of the community. Accordingly,

IT THEREFORE HEREBY IS ORDERED:

1. The previous order releasing the defendant on conditions, filing 14, is revoked. Defendant shall be detained until further order.

DATED April 10, 2008

BY THE COURT:

s/ *David L. Piester*
United States Magistrate Judge